**MEMO ENDORSED**



Michael S. Adler, **Partner**
Tel:   212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

March 8, 2022

Via Electronic Case Filing

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> In light of the scheduled Settlement Conf. before Judge Davison, the parties' request to adjourn the telephonic Status Conf. from Mar. 25, 2022 until Apr. 14, 2022 at 3:45 pm is GRANTED. Counsel are directed to ECF No. 12 for the dial-in instructions. The Clerk of Court is requested to terminate the motion (ECF No. 20).
> Dated: White Plains, NY
> March 9, 2022
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   Teamsters Local 456 Pension Funds, et al. v. Earthcon Industries, Inc., et al., Civil Action No. 7:20-cv-08094 (NSR)

Dear Judge Román:

We represent Plaintiffs in the above-referenced matter.

We write to inform Your Honor that a settlement conference before Judge Davison has been scheduled for March 30, 2022. The settlement conference was scheduled after discovery, which was delayed, closed.

Accordingly, the parties respectfully request that the March 25, 2022 conference before Your Honor be rescheduled for a date after March 30, 2022.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc:   Christopher Bonante, Esq. (via email)
bonantelaw@gmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2022

9796100.1