

**MEMO ENDORSED**

Michael S. Adler, Partner
Tel:   212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

April 6, 2022

The parties' request to adjourn the telephonic Status Conf. from April 14, 2022 until May 17, 2022 at 11:00 am is GRANTED. Counsel are directed to ECF No. 12 for the dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 23.
Dated: White Plains, NY
April 12, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

<u>Via Electronic Case Filing</u>

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:   <u>Teamsters Local 456 Pension Funds, et al. v. Earthcon Industries, Inc., et al.</u>, Civil Action No. 7:20-cv-08094 (NSR)

Dear Judge Román:

We represent Plaintiffs in the above-referenced matter.

We write to inform Your Honor that although the parties were unable to settle at a settlement conference held today before Judge Davison, discussions are ongoing. The parties anticipate that they will know within the next two to three weeks whether settlement will or will not happen.

Accordingly, the parties respectfully request that the April 14, 2022 conference before Your Honor be rescheduled for early to mid-May. At that time, if settlement is not reached, the parties will have a better sense of a proposed path forward.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc:   Christopher Bonante, Esq. (via email)
      bonantelaw@gmail.com

9796100.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022