**MEMO ENDORSED**



# COHEN WEISS AND SIMON LLP

**Michael S. Adler, Partner**
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

May 2, 2022

<u>Via Electronic Case Filing</u>

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: <u>Teamsters Local 456 Pension Funds, et al. v. Earthcon Industries, Inc., et al.</u>, Civil Action No. 7:20-cv-08094 (NSR)

Dear Judge Román:

We represent Plaintiffs in the above-referenced matter.

We write, with the consent of Defendants, to respectfully request that the May 17, 2022 conference be rescheduled due to an unexpected conflict the undersigned, lead counsel for Plaintiffs. If the Court is inclined to grant the request, counsel is available May 18, 25 and 26. Alternatively, I am prepared to send a colleague on May 17 who has knowledge of this case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc: Christopher Bonante, Esq. (via email)
    bonantelaw@gmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022

9796100.1

Pltfs' request to adjourn the **telephonic** Status Conf. from May 17, 2022 until May 31, 2022 at 4 pm is GRANTED. The Court begins a 4-week criminal trial on May 18, 2022 and the adjourned date is the Court's first available teleconf. **Counsel are directed to ECF No. 12 for the dial-in instructions.** If any party intends to file a dispositive motion, the pre-motion letter shall be efiled 3 days prior to the teleconf. date. Clerk of Court is requested to terminate the motion (doc. 25).
Dated: White Plains, NY
      May 2, 2022

SO ORDERED:

*[signature]*

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE