USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/14/2022__

**MEMORANDUM ENDORSEMENT**

Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, Industry Advancement and Legal Services Funds et al v. Earthcon Industries Inc. et al

7-20-cv-08094

The Court has reviewed Plaintiffs' letter dated June 14, 2022. (ECF No. 29.) Plaintiffs' request for an extension is granted. The briefing schedule is amended as follows: Plaintiffs' moving papers shall be served (not filed) on or before August 11, 2022; Defendants' opposition papers shall be served (not filed) on or before October 11, 2022; Plaintiffs' reply papers shall be served on or before November 30, 2022. All motion documents shall be filed on the reply date, November 30, 2022.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 29.

Dated: June 14, 2022

      White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED



**Michael S. Adler, Partner**
Tel: 212.356.0251
Fax: 646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

June 14, 2022

Via Electronic Case Filing

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: Teamsters Local 456 Pension Funds, et al. v. Earthcon
         Industries, Inc., et al., Civil Action No. 7:20-cv-08094 (NSR)

Dear Judge Roman:

    We represent Plaintiffs in the above-referenced matter.

    We write to respectfully request an approximate forty-five (45) day extension of all deadlines associated with the proposed motion for summary judgment. In short, if granted, the Plaintiffs propose that the motion be due August 11, 2022, the opposition be due October 11, 2022, and the reply be due November 30, 2022. We have alerted defense counsel that this request is being made.

    We make this request for two reasons: (a) settlement discussions remain ongoing and (b) Plaintiffs are transitioning to new counsel. As such, to allow new counsel (which likely will be moving to be substituted in on consent within the coming week) to review the case file and engage in the ongoing settlement discussions, this request is made.

    We thank the Court for its consideration of this matter.

                                        Respectfully submitted,

                                        *Michael S. Adler*

                                        Michael S. Adler

cc: Christopher Bonante, Esq. (via email)
     Jonathan Cerrito, Esq. (via email)
     Daniel Kornfeld, Esq. (via email)

9824245.1
9818337 1